# UNITED STATES DISTRICT COURT
for the
District of Minnesota

St Jude Medical Inc,

                                    *Plaintiff,*

v.                                                        Case No. 0:16–cv–03002–DWF–BRT

Muddy Waters Consulting LLC, et al.,

                                    *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Muddy Waters Consulting LLC

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Heather M McElroy
                225 South Sixth Street
                Suite 4600
                Mpls, MN
                55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK*        By:
*OF COURT*



                                                Lynn P. Holden

Date of Issuance:  September 7, 2016

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:16–cv–03002–DWF–BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   Muddy Waters Consulting LLC

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

St Jude Medical Inc,

                          *Plaintiff,*

v.                                         Case No. 0:16–cv–03002–DWF–BRT

Muddy Waters Consulting LLC, et al.,

                          *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  Muddy Waters Capital LLC

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Heather M McElroy
            225 South Sixth Street
            Suite 4600
            Mpls, MN
            55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK*    By:
*OF COURT*



Signature of Clerk or Deputy Clerk

Lynn P. Holden

Date of Issuance:  September 7, 2016

# Summons and Complaint Return of Service

Case No. 0:16–cv–03002–DWF–BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Muddy Waters Capital LLC

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

St Jude Medical Inc,

                         *Plaintiff,*

v.                                                  Case No. 0:16–cv–03002–DWF–BRT

Muddy Waters Consulting LLC, et al.,

                         *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Carson C Block

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Heather M McElroy
        225 South Sixth Street
        Suite 4600
        Mpls, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK*    By:
*OF COURT*



Lynn P. Holden

Date of Issuance: September 7, 2016

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:16−cv−03002−DWF−BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Carson C Block

Date of Service:

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**  Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

St Jude Medical Inc,

          *Plaintiff,*

v.                                  Case No. 0:16–cv–03002–DWF–BRT

Muddy Waters Consulting LLC, et al.,

          *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  MedSec Holdings Ltd.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Heather M McElroy
        225 South Sixth Street
        Suite 4600
        Mpls, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK*      By:
*OF COURT*



Signature of Clerk or Deputy Clerk

Lynn P. Holden

Date of Issuance:  September 7, 2016

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:16−cv−03002−DWF−BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   MedSec Holdings Ltd.

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the  
District of Minnesota

St Jude Medical Inc,

                *Plaintiff,*

v.                                   Case No. 0:16–cv–03002–DWF–BRT

Muddy Waters Consulting LLC, et al.,

                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   MedSec LLC

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         Heather M McElroy  
         225 South Sixth Street  
         Suite 4600  
         Mpls, MN  
         55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK*      By:  
*OF COURT*



Signature of Clerk or Deputy Clerk

                                 Lynn P. Holden

Date of Issuance:  <u>September 7, 2016</u>

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:16−cv−03002−DWF−BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:       MedSec LLC

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

St Jude Medical Inc,

              *Plaintiff,*

v.                                                  Case No. 0:16–cv–03002–DWF–BRT

Muddy Waters Consulting LLC, et al.,

              *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   Justine Bone

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

              Heather M McElroy
              225 South Sixth Street
              Suite 4600
              Mpls, MN
              55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK*       By:
*OF COURT*



Signature of Clerk or Deputy Clerk

Lynn P. Holden

Date of Issuance:  September 7, 2016

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:16–cv–03002–DWF–BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Justine Bone

Date of Service:

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

St Jude Medical Inc,

                *Plaintiff,*

v.                                 Case No. 0:16–cv–03002–DWF–BRT

Muddy Waters Consulting LLC, et al.,

                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Dr. Hemal M Nayak

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Heather M McElroy
        225 South Sixth Street
        Suite 4600
        Mpls, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK*    By:
*OF COURT*



Signature of Clerk or Deputy Clerk

Lynn P. Holden

Date of Issuance:  September 7, 2016

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:16−cv−03002−DWF−BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:    Dr. Hemal M Nayak

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____