AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 0:16-CV-03002-DWF-BRT

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* MUDDY WATERS CAPITAL LLC
was received by me on *(date)* 9/9/16

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AMY MCLAREN (authorized person), who is designated by law to accept service of process on behalf of *(name of organization)* MUDDY WATERS CAPITAL LLC
C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801 (REGISTERED AGENT) on *(date)* 9/9/16 AT 12:55 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: September 9, 2016

Server's signature

DENORRIS BRITT     PROCESS SERVER
Printed name and title

Server's address

Additional information regarding attempted service, etc:

SERVED: SUMMONS, COMPLAINT & CIVIL COVER SHEET
SWORN TO ON 9/9/16

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 27, 2016