AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.  0:16-CV-03002-DWF-BRT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* MEDSEC LLC

was received by me on *(date)* 9/9/16

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* GARY DEMANI (AUTH. PERSON), who is designated by law to accept service of process on behalf of *(name of organization)* MEDSEC LLC
C/O HARVARD BUSINESS SERVICES 16192 COASTAL HIGHWAY LEWES, DE 19958   on *(date)* 9/12/2016   AT 1:00 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: September 12, 2016

*Server's signature*

GRANVILLE MORRIS                PROCESS SERVER
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS, COMPLAINT & CIVIL COVER SHEET

SWORN TO ON 9/12/16

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 27, 2016