# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of MN

Case Number: 0:16-CV-03002-DWF-BRT

Plaintiff:
**St Jude Medical Inc**
vs.
Defendant:
**Muddy Waters Consulting LLC et al.,**

For:
Heather M McElroy
225 South Sixth Street
Suite 4600
Mpls, MN  55402

Received by Platinum Courier Service on the 9th day of September, 2016 at 5:32 pm to be served on **Medsec Holdings Ltd c/o Justine Bone, 1001 Brickell Bay Drive, Unit 2700, Miami, FL 33131**.

I, Jimmy De La Espriella, being duly sworn, depose and say that on the **13th day of September, 2016** at **11:30 am, I**:

**CORPORATE** served by delivering a true copy of the **Summons; Civil Cover Sheet Complaint** to: **Omar Gomez**, a person in charge at the recipient's **PRIVATE MAILBOX** location at the address of: **1001 Brickell Bay Drive, Unit 2700, Miami, FL 33131**; the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
9/13/2016  11:30 am   Address provided 1001 Brickell Bay Drive, ste 2700, Miami Beach, FL 33131 is for Anex Office.  Server spoke with Omar Gomez, manager for Anex Office and he stated MedSec Holdings Ltd does rent a small office within.  He accepted service and will direct the paperwork to the defendant.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the following document and that the facts stated are true. F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

Subscribed and Sworn to before me on the 13th day of September, 2016 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NELSON ARRILLAGA
Notary Public - State of Florida
My Comm. Expires Jul 22, 2018
Commission # FF 144100
Bonded Through National Notary Assn.

_____
Jimmy De La Espriella
Process Server #1572

**Platinum Courier Service**
Po Box 234
Rogers, MN 55374
(612) 221-2254

Our Job Serial Number: DLE-2016017916

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

St Jude Medical Inc,

                                *Plaintiff,*

v.                                   Case No. 0:16-cv-03002-DWF-BRT

Muddy Waters Consulting LLC, et al.,

                                *Defendant.*

[Handwritten annotations: "RUSH" stamp; "9/12/16 3pm M/S They are not here"]

## SUMMONS IN A CIVIL ACTION

To:  MedSec Holdings Ltd.
[Handwritten: 400 Pointe Drive S #702, Miami Beach FL 33139]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Heather M McElroy
        225 South Sixth Street
        Suite 4600
        Mpls, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK*    By:   [Seal of U.S. District Court of Minnesota]   [Signature: P Holden]
*OF COURT*

                                                   Signature of Clerk or Deputy Clerk

                                                   Lynn P. Holden

Date of Issuance:  September 7, 2016