

*137726*

Law firm ref#:

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

St. Jude Medical, Inc.,

    Plaintiff(s),

vs.

Muddy Waters Consulting LLC, Muddy Waters Capital LLC, Carson C. Block, MedSec Holdings, Ltd., MedSec LLC, Justine Bone, and Dr. Hemal M. Nayak,

    Defendant(s).

Case No.: 16 CV 3002



### AFFIDAVIT OF SPECIAL PROCESS SERVER

Kathleen Dinunno, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

DEFENDANT TO BE SERVED: Dr. Hemal M. Nayak

I, Served the within named DEFENDANT on September 11, 2016 @ 7:18 PM

INDIVIDUAL SERVICE: By delivering to the within named DEFENDANT a copy of this process personally.

TYPE OF PROCESS: Summons in a Civil Action and Complaint

ADDRESS WHERE SERVED: 5447 Ridgewood Court South, Chicago, IL 60615

The sex, race and approximate age of the defendant or other person with whom the copy of this process was left is as follows:

Sex: Male - Skin: Hispanic - Hair: Black - Approx. Age: 45 - Height: 5 8 - Weight: 170

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of Illinois

County of Cook

Official Seal
Veronica Moreno
Notary Public State of Illinois
My Commission Expires 11/12/2017

X _____
Kathleen Dinunno, Process Server
Dated 9/13/16   ATG LegalServe Inc

This instrument was subscribed and sworn to before me on 9-13-16 (date)
By Kathleen Dinunno (name/s of person/s)

Signature of Notary Public

ATG LegalServe Inc
1 South Wacker Drive, 24th Floor
Chicago, IL 60606
312.752.1992