AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

St Jude Medical Inc,

                *Plaintiff,*

v.

Muddy Waters Consulting LLC, et al.,

                *Defendant.*

Case No. 0:16-cv-03002-DWF-BRT

## SUMMONS IN A CIVIL ACTION

To:  Muddy Waters Capital LLC

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Heather M McElroy
        225 South Sixth Street
        Suite 4600
        Mpls, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK*      By:
*OF COURT*



Signature of Clerk or Deputy Clerk

Lynn P. Holden

Date of Issuance:  September 7, 2016

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 0:16-CV-03002-DWF-BRT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* MUDDY WATERS CAPITAL LLC
was received by me on *(date)* 9/9/16

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AMY MCLAREN (authorized person), who is designated by law to accept service of process on behalf of *(name of organization)* MUDDY WATERS CAPITAL LLC
C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801 (REGISTERED AGENT)   on *(date)* 9/9/16   AT 12:55 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: September 9, 2016

_____
Server's signature

DENORRIS BRITT          PROCESS SERVER
*Printed name and title*

_____
Server's address

Additional information regarding attempted service, etc:

SERVED: SUMMONS, COMPLAINT & CIVIL COVER SHEET
SWORN TO ON 9/9/16

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 27, 2016

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

St Jude Medical Inc,

*Plaintiff,*

v.

Case No. 0:16-cv-03002-DWF-BRT

Muddy Waters Consulting LLC, et al.,

*Defendant.*

### SUMMONS IN A CIVIL ACTION

To: MedSec LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Heather M McElroy
        225 South Sixth Street
        Suite 4600
        Mpls, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK*
*OF COURT*

By: 

Signature of Clerk or Deputy Clerk

Lynn P. Holden

Date of Issuance: September 7, 2016

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 0:16-CV-03002-DWF-BRT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* MEDSEC LLC

was received by me on *(date)* 9/9/16

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* GARY DEMANI (AUTH. PERSON), who is designated by law to accept service of process on behalf of *(name of organization)* MEDSEC LLC
C/O HARVARD BUSINESS SERVICES 16192 COASTAL HIGHWAY LEWES, DE 19958 on *(date)* 9/12/2016 AT 1:00 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: September 12, 2016

*Server's signature*

GRANVILLE MORRIS            PROCESS SERVER
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS, COMPLAINT & CIVIL COVER SHEET

SWORN TO ON 9/12/16

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 27, 2016

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

St Jude Medical Inc,

                        *Plaintiff*,

v.                                            Case No. 0:16-cv-03002-DWF-BRT

Muddy Waters Consulting LLC, et al.,

                        *Defendant*.

## SUMMONS IN A CIVIL ACTION

To:  MedSec Holdings Ltd.

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Heather M McElroy
> 225 South Sixth Street
> Suite 4600
> Mpls, MN
> 55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK*      By:      *[signature]* P Holden
*OF COURT*

Signature of Clerk or Deputy Clerk

Lynn P. Holden

Date of Issuance:  September 7, 2016

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of MN

Case Number: 0:16-CV-03002-DWF-BRT

Plaintiff:
**St Jude Medical Inc**

vs.

Defendant:
**Muddy Waters Consulting LLC et al.,**

For:
Heather M McElroy
225 South Sixth Street
Suite 4600
Mpls, MN 55402

Received by Platinum Courier Service on the 9th day of September, 2016 at 5:32 pm to be served on **Medsec Holdings Ltd c/o Justine Bone, 1001 Brickell Bay Drive, Unit 2700, Miami, FL 33131**.

I, Jimmy De La Espriella, being duly sworn, depose and say that on the **13th day of September, 2016** at **11:30 am**, I:

**CORPORATE** served by delivering a true copy of the **Summons; Civil Cover Sheet Complaint** to: **Omar Gomez**, a person in charge at the recipient's **PRIVATE MAILBOX** location at the address of: **1001 Brickell Bay Drive, Unit 2700, Miami, FL 33131**; the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location, in compliance with State Statutes.

### Additional Information pertaining to this Service:
9/13/2016 11:30 am  Address provided 1001 Brickell Bay Drive, ste 2700, Miami Beach, FL 33131 is for Anex Office. Server spoke with Omar Gomez, manager for Anex Office and he stated MedSec Holdings Ltd does rent a small office within. He accepted service and will direct the paperwork to the defendant.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the following document and that the facts stated are true. F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

Subscribed and Sworn to before me on the 13th day of September, 2016 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NELSON ARRILLAGA
Notary Public - State of Florida
My Comm. Expires Jul 22, 2018
Commission # FF 144100
Bonded Through National Notary Assn.

_____
Jimmy De La Espriella
Process Server #1572

Platinum Courier Service
Po Box 234
Rogers, MN 55374
(612) 221-2254

Our Job Serial Number: DLE-2016017916

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

St Jude Medical Inc,

*Plaintiff,*

v.                                                                 Case No. 0:16-cv-03002-DWF-BRT

Muddy Waters Consulting LLC, et al.,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Dr. Hemal M Nayak

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Heather M McElroy
> 225 South Sixth Street
> Suite 4600
> Mpls, MN
> 55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK*      By:
*OF COURT*



Signature of Clerk or Deputy Clerk

Lynn P. Holden

Date of Issuance:  September 7, 2016



*137726*

Law firm ref#:

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

St. Jude Medical, Inc.,

    Plaintiff(s),

vs.

Muddy Waters Consulting LLC, Muddy Waters Capital LLC, Carson C. Block, MedSec Holdings, Ltd., MedSec LLC, Justine Bone, and Dr. Hemal M. Nayak,

    Defendant(s).

Case No.: 16 CV 3002



## AFFIDAVIT OF SPECIAL PROCESS SERVER

Kathleen Dinunno, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

DEFENDANT TO BE SERVED: Dr. Hemal M. Nayak

I, Served the within named DEFENDANT on September 11, 2016 @ 7:18 PM

INDIVIDUAL SERVICE: By delivering to the within named DEFENDANT a copy of this process personally.

TYPE OF PROCESS: Summons in a Civil Action and Complaint

ADDRESS WHERE SERVED: 5447 Ridgewood Court South, Chicago, IL 60615

The sex, race and approximate age of the defendant or other person with whom the copy of this process was left is as follows:

Sex: Male - Skin: Hispanic - Hair: Black - Approx. Age: 45 - Height: 5 8 - Weight: 170

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of Illinois
County of Cook

Official Seal
Veronica Moreno
Notary Public State of Illinois
My Commission Expires 11/12/2017

X Kathleen Dinunno, Process Server
Dated 9/13/16  ATG LegalServe Inc

This instrument was subscribed and sworn to before me on 9-13-16 (date)
By Kathleen Dinunno (name/s of person/s)

Signature of Notary Public

ATG LegalServe Inc
1 South Wacker Drive, 24th Floor
Chicago, IL 60606
312.752.1992