IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| St. Jude Medical, Inc., | Case No. 0:16-cv-03002 (DWF/JSM) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE OF PROPOSED ORDER** |
| Muddy Waters Consulting LLC, Muddy Waters Capital LLC, Carson C. Block, MedSec Holdings Ltd., MedSec LLC, Justine Bone and Dr. Hemal M. Nayak, | |
| Defendants. | |

I hereby certify that on September 29, 2016, I caused the Proposed Order relating to the Stipulation to Extend Time to Answer (Dkt. No. 18)to be filed with the court via email to the following judge:

The Honorable Magistrate Judge Janie S. Mayeron
Email:mayeron_chambers@mnd.uscourts.gov

I further certify that I caused a copy of the proposed order to be emailed as noted below, to the following:

| | |
|---|---|
| Michael V. Ciresi | *mvc@ciresiconlin.com* |
| James C. Joslin | *jcj@ciresiconlin.com* |
| Heather M. McElroy | *hmm@ciresiconlin.com* |
| Daniel L. Ring | *dring@mayerbrown.com* |
| Robert J. Kriss | *rkriss@mayerbrown.com* |
| Joseph M. Snapper | *jsnapper@mayerbrown.com* |

Dated: September 29, 2016   s/ John M. Baker
John M. Baker