## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

St. Jude Medical, LLC and
Abbott Laboratories,

|  |  |
|---|---|
| Plaintiffs, | Case No. 16-cv-03002 (DWF/DTS) |

vs.

Muddy Waters LLC, Muddy
Waters Capital LLC, Carson C. Block,
MedSec Holdings Ltd., MedSec LLC, Justine
Bone, and Dr. Hemal M. Nayak,

Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs St. Jude Medical, LLC and

Abbott Laboratories, and Defendants Muddy Waters Capital LLC, Carson C. Block,

MedSec Holdings Ltd., MedSec LLC, Justine Bone, Dr. Hemal M. Nayak, and Muddy

Waters LLC (collectively, the "Parties") hereby file this Stipulation of Voluntary

Dismissal with Prejudice.  In accordance with Rule 41(a)(1)(A)(ii), this Stipulation is

agreed to and signed by counsel for all Parties that have appeared in this action.  The

Parties intend for the dismissal to be with prejudice, with each Party to bear its own costs

and fees.

Dated: January 31, 2018

Respectfully submitted,

/s/ *Thomas A. Clare, P.C.*
Thomas A. Clare, P.C. (admitted *pro hac vice*)
Elizabeth M. Locke, P.C. (admitted *pro hac vice*)
Andrew C. Phillips (admitted *pro hac vice*)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com
Email: libby@clarelocke.com
Email: andy@clarelocke.com


Daniel L. Ring (admitted *pro hac vice*)
Laura Hammargren (MN #389276)
Joseph M. Snapper (admitted *pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Email: driung@mayerbrown.com
Email: lhammargren@mayerbrown.com
Email: jsnapper@mayerbrown.com

Anthony D. Parker (MN #195042)
Anthony G. Edwards (MN #342555)
PARKER DANIELS KIBORT, LLC
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
Telephone: (612)355-4100
Email: parker@parkerdk.com
Email: edwards@parkerdk.com

*Attorneys for Plaintiffs St. Jude Medical, LLC and Abbott Laboratories*

/s/ *Ambika K. Doran*
Ambika K. Doran (admitted *pro hac vice*)
Bruce E.H. Johnson (admitted *pro hac vice*)
Rebecca Francis (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98040
Telephone: (206) 757-8030
Email: ambikadoran@dwt.com
Email: brucejohnson@dwt.com
Email: rebeccafrancis@dwt.com


John M. Baker (MN #174403)
Lawrence M. Shapiro (MN #130886)
Anna M. Tobin (MN #395706)
GREENE ESPEL PLLP
222 S. 9th St.
Minneapolis, MN 55401
Telephone: (612) 373-0830
Email: jbaker@greeneespel.com
Email: lshapiro@greeneespel.com

*Attorneys for Defendants Muddy Waters Capital LLC, Carson C. Block, MedSec Holdings Ltd., MedSec LLC, Justine Bone, Dr. Hemal M. Nayak, and Muddy Waters LLC*