# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| St. Jude Medical, LLC (f/k/a St. Judge Medical, Inc.), and Abbott Laboratories,<br><br>          Plaintiffs,<br><br>v.<br><br>Muddy Waters LLC; Muddy Waters Capital LLC; Carson C. Block; MedSec Holdings Ltd.; MedSec LLC; Justine Bone; and Dr. Hemal M. Nayak,<br><br>          Defendants. | Civil No. 16-3002 (DWF/DTS)<br><br><br><br>**ORDER FOR DISMISSAL**<br>**WITH PREJUDICE** |

The Parties having filed a Stipulation of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (Doc. No. [102]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

Dated:  February 1, 2018         s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge